7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Anthony J. Todaro  
*Debtor*

*Bankruptcy Case No.*  
15−50031−can7

**United States Trustee**  
  Plaintiff(s)

*Adversary Case No.*  
15−05007−can

v.

**Anthony J. Todaro**  
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Anthony J. Todaro hereby is DENIED; and it is further ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.

PAIGE WYMORE−WYNN  
Court Executive

By: /s/ Jamie McAdams  
  Deputy Clerk



Date of issuance: 6/28/16

Court to serve